UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK WAYNE CROW,<br><br>    Petitioner,<br><br>    v.<br><br>ELDON VAIL,<br><br>    Respondent. | Case No. C10-2076-RSM-BAT<br><br>MINUTE ORDER |

The following minute order is made at the direction of the Court, the Honorable Brian A. Tsuchida, United States Magistrate Judge:

The Court **GRANTS** respondent's unopposed motion for an extension of time to file a response. (Dkt. 17.)  Since filing this motion, respondent has filed both the response (Dkt. 20) and the relevant state-court record (Dkt. 21).  The 28 U.S.C. § 2254 is noted for consideration on May 20, 2011.

DATED this 25th day of April, 2011.

/s/ Gary W. Burnopp
Deputy Clerk

MINUTE ORDER
PAGE - 1