UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK WAYNE CROW,

        Petitioner,

v.

ELDON VAIL,

        Respondent.

Case No. C10-2076-RSM

**ORDER DENYING PETITIONER'S AMENDED § 2254 PETITION**

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, Petitioner's Objections thereto, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The Court **DENIES** petitioner's amended petition for writ of habeas corpus (Dkt. 28) and **DISMISSES** the matter with prejudice as time barred.

    (3)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED**.

    (4)    The Clerk shall send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 10th day of May 2012.

                      /s/ Ricardo S. Martinez
                      RICARDO S. MARTINEZ
                      UNITED STATES DISTRICT JUDGE